

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/13/2017

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GOODMAN NETWORKS INCORPORATED, ) | Case No. 17-31575 (MI) |
| ) | |
| Debtor. ) | |
| ) Tax | |
| I.D. No. 74-2949460 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| GOODMAN NETWORKS SERVICES, LLC, ) | Case No. 17-31576 (MI) |
| ) | |
| Debtor. ) | |
| ) Tax | |
| I.D. No. 46-5158389 ) | |
| | |
| In re: ) | Chapter 11 |
| ) | |
| MULTIBAND FIELD SERVICES, INC., ) | Case No. 17-31577 (MI) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 61-1391746 ) | |

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF**

IT IS ORDERED THAT:

    1.    The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-31575. All of the cases are, by this Order, assigned to Judge Isgur.

    2.    Additionally, the following checked items are ordered:

        a.  ☒  One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

        b.  ☒  Parties may request joint hearings on matters pending in any of the jointly administered cases.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOODMAN NETWORKS INCORPORATED, *et al.*,[1] | ) | Case No. 17-31575 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Goodman Networks Incorporated (9460); Goodman Networks Services, LLC (8389); and Multiband Field Services, Inc. (1746). The location of the Debtors' service address is 2801 Network Blvd., Suite 300, Frisco, Texas 75034.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Goodman Networks Incorporated to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Goodman Networks Incorporated, Case No. 17-31575; Goodman Networks Services, LLC, Case No. 17-31576; Multiband Field Services, Inc., Case No. 17-31577. The docket in Case No. 17-31575 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 17-31575.**

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Goodman Networks Incorporated (9460); Goodman Networks Services, LLC (8389); and Multiband Field Services, Inc. (1746). The location of the Debtors' service address is 2801 Network Blvd., Suite 300, Frisco, Texas 75034.

KE 45435842

6.  The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.  Separate claims registers will be maintained.

8.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: 3-13, 2017
Houston, Texas

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

KE 45435842