| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-31575 |
|---|---|---|---|
| Debtor | In Re: | Goodman Networks Incorporated, *et al.* | |

This lawyer, who is admitted to the State Bar of _____ New York and Illinois:

| | |
|---|---|
| Name | Brian J. Lohan |
| Firm | Sidley Austin LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, NY 10019 |
| Telephone | 212-839-5300 |
| Licensed: State & Number | NY #5127295 |
| | Illinois #6283398 |

Seeks to appear as the attorney for this party:

| AT&T Corp |
|---|
| Dated: March 13, 2017   Signed:   */s/ Brian J. Lohan* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:   Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                United States Bankruptcy Judge

ACTIVE 220406332