IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GOODMAN NETWORKS INCORPORATED, *et al.*,[1] | ) ) ) | Case No. 17-31575 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 214, 236** |

**NOTICE OF (I) ENTRY OF ORDER APPROVING THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING, THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on May 4, 2017, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Court"), entered an order [Docket No. 236] (the "Confirmation Order") confirming the *Debtors' Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 214] (the "Plan")[2] and approving the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 24] of the above-captioned debtors and debtors in possession (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on May 31, 2017. Each of the conditions precedent to consummation of the Plan enumerated in Article IX of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article VIII of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Accrued Professional Compensation Claims must be filed and served on the Reorganized Debtors by **July 31, 2017**, which is the first business day that is 60 days after the Effective Date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Goodman Networks Incorporated (9460); Goodman Networks Services, LLC (8389); and Multiband Field Services, Inc. (1746). The location of the Debtors' service address is 2801 Network Blvd., Suite 300, Frisco, Texas 75034.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

KE 47275471

**PLEASE TAKE FURTHER NOTICE** all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be filed with the Solicitation Agent and served on the Reorganized Debtors no later than Friday, June 30, 2017, which is the first business day that is 30 days after the effective date of such rejection. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Solicitation Agent within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the Reorganized Debtors, the Estates, or their property, without the need for any objection by the Debtors or Reorganized Debtors, or further notice to, action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, and be subject to the permanent injunction set forth in Article VIII.G of the Plan, notwithstanding anything in a Proof of Claim to the contrary.**

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors are using American Stock Transfer & Trust Company, LLC as the custodian for the Noteholder Common Stock, the Goodman MBE Group Common Stock, and the New PIK Preferred Stock issued pursuant to the Plan. As set forth in Article III.B of the Plan, distributions to the Holders of Secured Notes Claims under the Plan will be in the form of the Noteholder Common Stock, the Noteholder PIK Preferred Stock, the Secured Notes Paydown, and the New Secured Notes. If you have any questions about the distributions made on the Effective Date, please contact Kurtzman Carson Consultants LLC ("KCC"), the notice and solicitations agent retained by the Debtors in the Chapter 11 Case as set forth in the paragraph below.

**PLEASE TAKE FURTHER NOTICE** that if you would like copies of the documents included in the Plan, the Plan Supplement, the Confirmation Order, the Disclosure Statement, or any other document filed in these chapter 11 cases, you may contact KCC by: (a) calling the Debtors' restructuring hotline at (877) 726-6511; (b) visiting the Debtors' restructuring website at: www.kccllc.net/goodman; (c) writing to the Solicitation Agent at 1290 Avenue of the Americas, 9th Floor, New York, NY, 10104; or (d) emailing the Solicitation Agent at goodmanballots@kccllc.com. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee at https://ecf.txsb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

KE 47275471

| | |
|---|---|
| Houston, Texas<br>Dated:   May 31, 2017 | */s/ Stephen M. Pezanosky* |

Stephen M. Pezanosky (TX Bar No. 15881850)
J. Frasher Murphy (TX Bar No. 24013214)
Matthew T. Ferris (TX Bar No. 24045870)
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:    (214) 651-5000
Facsimile:     (214) 651-5940
Email:           stephen.pezanosky@haynesboone.com
                     frasher.murphy@haynesboone.com
                     matt.ferris@haynesboone.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           patrick.nash@kirkland.com
                     joe.graham@kirkland.com

**-**and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Alexander N. Cross (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           joshua.sussberg@kirkland.com
                     alex.cross@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 47275471

## **Certificate of Service**

I certify that on May 31, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

>*/s/ Stephen M. Pezanosky*
>One of its Counsel

KE 47275471